**UNITED STATES of America,
Appellee,**

v.

**Larry THOMAS, Husband; Rosie Lee
Thomas, Wife, Appellants.**

**Nos. 07–3652, 08–1252, 08–2094.**

United States Court of Appeals,
Eighth Circuit.

Submitted: May 7, 2009.

Filed: May 22, 2009.

Earl Fletcher Jackson, U.S. Attorney's
Office, Little Rock, AR, for Appellee.

Larry Thomas, Earle, AR, pro se.

Rosie Lee Thomas, Earle, AR, pro se.

Before RILEY, SMITH, and BENTON,
Circuit Judges.

PER CURIAM.

Larry and Rosie Lee Thomas appeal
from the district court's [1] adverse grant of
summary judgment as well as its denials of
their post-judgment motions to quash a
writ of assistance and for other relief. On
appeal, they argue that the district court
lacked subject matter jurisdiction. Upon
de novo review, *see Myers v. Richland
County,* 429 F.3d 740, 745 (8th Cir.2005),
we conclude that the court had jurisdiction
under 28 U.S.C. § 1345.[2] Finally, we find

no basis for reversing the district court's
denials of appellants' post-judgment mo-
tions. *Cf. Lara v. Sec'y of Interior,* 820
F.2d 1535, 1542–43 (9th Cir.1987) (district
court may issue orders pending appeal to
enforce judgment).

Accordingly, we affirm in each of these
three consolidated appeals. *See* 8th Cir.
R. 47B. Appellants' pending motion for
contempt is denied.

---

1. The Honorable G. Thomas Eisele, United
States District Judge for the Eastern District
of Arkansas.

2. In particular, we find no merit to appel-
lants' jurisdictional argument that is appar-
ently based on *Pigford v. Glickman,* 185
F.R.D. 82 (D.D.C.1999), *aff'd,* 206 F.3d 1212
(D.C.Cir.2000).